| | |
|---|---|
| **No. 20-1467** | **September Term, 2023** |
| | **EPA-85FR53516** |
| | **Filed On: February 27, 2024** [2042571] |

Labadie Environmental Organization, et al.,

       Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S.
Environmental Protection Agency,

       Respondents

------------------------------

Coleto Creek Power, LLC, et al.,
       Intervenors

## **O R D E R**

Upon consideration of the motion to govern and unopposed motion for abeyance, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by May 28, 2024.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                BY:    /s/
                             Catherine J. Lavender
                             Deputy Clerk